UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: CST Industries Holdings, Inc. et al.          Case No. 17-11292

NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE. Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Bradford Capital Holdings, LP**<br>Name of Transferee | **AZZ, Inc. (AAA Galvanizing Dixon, AAA Galvanizing-Joliet, AAA Galvanizing-Chelsea, LLC, AZZ Galvanizing-Morgan City)**<br>Name of Transferor |
|---|---|
| Name and address where transferee payments should be sent:<br><br>c/o Bradford Capital Management, LLC<br>PO Box 4353<br>Clifton, NJ 07012<br>Attn: Brian Brager<br>bbrager@bradfordcapitalmgmt.com | Proof of Claim Numbers: 30002, 30003, 30004, 30005<br>Proof of Claim Amounts: $71,437.95; $20,133.92; $10,574.32; $1,662.13<br>Scheduled Claim Numbers: 293000940; 293000090; 293000100; 293000110<br>Scheduled Claim Amounts: $10,574.32; $67,773.81; $20,133.92; $1,662.13 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**Bradford Capital Holdings, LP**
**By: Bradford Capital GP, LLC, its General Partner**


By: /s/ Brian Brager                                    Date: 02/05/2018
Transferee/Transferee's Agent


*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

## EVIDENCE OF TRANSFER OF CLAIM

TO:        United States Bankruptcy Court
              District of Delaware
              Attention: Clerk

AND TO:   CST Industries Holdings, Inc. ("Debtor")
              Case No. 17-11292

Proof of Claim #: 30002 30003 30004 30005
Proof of Claim Amount:$103,808.32
Schedule #293000940 293000090 293000100 293000110
Schedule Amount:$100,144.18

AZZ Inc., its successors and assigns ("Assignor"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

Bradford Capital Holdings, LP
Attention: Brian L. Brager
PO Box 4353
Clifton, NJ 07012

Its successors and assigns ("Assignee"), all rights, title and interest in and to the administrative priority claim of Assignor, including all rights of stoppage in transit, replevin and reclamation, (the "Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedures, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

IN WITNESS WHEREOF, each of the undersigned has executed this Evidence of Transfer by its duly authorized representative dated this ____1____ day of Feb 20 18

**ASSIGNOR**

AZZ Inc.

By: _Marcile Staub_ (signature)
Name: Marcile Staub
Title: Credit Manager

**ASSIGNEE**
Bradford Capital Holdings, LP
By: Bradford Capital GP, LLC, its General Partner

By: _(signature)_
Name: Brian Brager
Title: Managing Member

| Part 2: | Additional Page | | |
|---|---|---|---|
| | | | Amount of claim |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>A&C PLASTICS INC<br>ACCOUNT 650030<br>6135 NORTHDALE ST<br>HOUSTON, TX 77087-5034<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $43,685.63 |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>A&H ELECTRIC SERVICES, LLC<br>3505 NORTH LOOP 336 WEST<br>CONROE, TX 77304<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $14,574.86 |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>A-1 ELECTRIC INC<br>414 EAST MAIN<br>CHANUTE, KS 66720<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $2,578.13 |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>A2 ZINC FASTENERS LLC<br>907 NORTH PIERCE ST<br>ALMA, GA 31510<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $24,668.51 |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>AAA GALVANIZING OF DIXON<br>P.O. BOX 843771<br>DALLAS, TX 75284<br><br>**Date or dates debt was incurred**<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $67,773.81 |

**Part 2:**  Additional Page

| | | | Amount of claim |
|---|---|---|---|
| 3.9 | **Nonpriority creditor's name and mailing address**<br>AAA GALVANIZING OF JOLIET<br>625 MILLS RD.<br><br>JOLIET, IL 60433<br><br>Date or dates debt was incurred<br>Last 4 digits of account number: | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $20,133.92 |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>AAA GALVANIZING-CHELSEA<br>P.O. BOX 843771<br>6022 S INDUSTRIAL ROAD<br><br>CHELSEA, OK 74016<br><br>Date or dates debt was incurred<br>Last 4 digits of account number: | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,662.13 |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>ABILITY FASTENERS, INC.<br>685 FARGO AVE<br><br>ELK GROVE VILLAGE, IL 60007<br><br>Date or dates debt was incurred<br>Last 4 digits of account number: | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $398.65 |
| 3.12 | | **REDACTED** | |
| 3.13 | | **REDACTED** | |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>ACCESS-ACCOUNTS RECEIVABLE<br>6818 PATTERSON PASS RD STE A<br><br>LIVERMORE, CA 94550<br><br>Date or dates debt was incurred<br>Last 4 digits of account number: | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,334.29 |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>ACCURATE FELT & GASKET MFG.<br>3239 S. 51ST AVE.<br><br>CICERO, IL 60804<br><br>Date or dates debt was incurred<br>Last 4 digits of account number: | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $203.00 |

Debtor   CST Industries, Inc    Case number (if known)
         (Name)

### Part 2: Additional Page

| | | | Amount of claim |
|---|---|---|---|
| 3.79 | **Nonpriority creditor's name and mailing address**<br>ATLAS FIRST ACCESS, LLC<br>27302 NETWORK PLACE<br><br>CHICAGO, IL 60673<br><br>Date or dates debt was incurred<br>Last 4 digits of account number: | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,052.43 |
| 3.80 | **Nonpriority creditor's name and mailing address**<br>ATLAS MACHINERY MOVERS, INC<br>P.O. BOX 173<br><br>SOUTH HOUSTON, TX 77587<br><br>Date or dates debt was incurred<br>Last 4 digits of account number: | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $14,720.00 |
| 3.81 | **Nonpriority creditor's name and mailing address**<br>AUSTIN HARDWARE & SUPPLY<br>DEPT CH 19373<br><br>PALATINE, IL 60055-9373<br><br>Date or dates debt was incurred<br>Last 4 digits of account number: | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,430.14 |
| 3.82 | **Nonpriority creditor's name and mailing address**<br>AZZ GALVANIZING-MORGAN CITY<br>1618 HWY 182<br><br>EAST MORGAN CITY, LA 70380<br><br>Date or dates debt was incurred<br>Last 4 digits of account number: | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10,574.32 |
| 3.83 | | **REDACTED** | |
| 3.84 | **Nonpriority creditor's name and mailing address**<br>BAILEY COMPANY<br>P.O. BOX 202688<br><br>DALLAS, TX 75320-2688<br><br>Date or dates debt was incurred<br>Last 4 digits of account number: | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,121.52 |
| 3.85 | | **REDACTED** | |
| 3.86 | | **REDACTED** | |
| 3.87 | | **REDACTED** | |