# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CST INDUSTRIES HOLDINGS INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 17-11292 (BLS)<br><br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL AND REQUEST FOR REMOVAL FROM SERVICE LIST

PLEASE TAKE NOTICE that Christopher A. Ward and Andrew J. Nazar of Polsinelli PC hereby withdraw their appearance as counsel to Biodome Asia SDN BHD in the above-captioned case and request that they be removed from the CM-ECF noticing list and any other service list in this case.

Dated:  March 1, 2018
        Wilmington, Delaware

**POLSINELLI PC**

*/s/ Christopher A. Ward*
Christopher A. Ward (Del. Bar No. 3877)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
cward@polsinelli.com

-and-

Andrew J. Nazar, Esq.
900 W. 48th Place, suite 900
Kansas City, Missouri 64112
Telephone: (816) 753-1000
Facsimile: (816) 817-0231
anazar@polsinelli.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number are: CST industries Holdings Inc. (4872), CST Industries, Inc. (9554), and CST Power & Construction, Inc. (9480).  The Debtors' headquarters are located at: 903 E. 104th Street, Suite 900, Kansas City, Missouri 64131.

62609439.1