UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: Tank Holdings Wind-Down Corp., et al.

Case No. 17-11292 (BLS)
Reporting Period: December 1, 2018 to December 31, 2018

## MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 20 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | X | | |
| Schedule of Professional Fees Paid | MOR-1b | X | | |
| Copies of bank statements | | X | | |
| Cash disbursements journals | | X | | |
| Statement of Operations | MOR-2 | X | | |
| Balance Sheet | MOR-3 | X | | |
| Status of Postpetition Taxes | MOR-4 | X | | |
| Copies of IRS Form 6123 or payment receipt | | | X | |
| Copies of tax returns filed during reporting period | | | X | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | X | |
| Listing of aged accounts payable | MOR-4 | | X | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | | X | |
| Debtor Questionnaire | MOR-5 | X | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

Signature of Debtor

Signature of Authorized Individual*

JOSEPH R. PONTERI
Printed Name of Authorized Individual

Date

1-15-19
Date

DIRECTOR
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

MOR
(04/07)

**In re: Tank Holdings Wind-Down Corp., et al.**

**Case No. 17-11292 (BLS)**
**Reporting Period: December 1, 2018 to December 31, 2018**

### Notes to the Monthly Operating Report

**Debtors**

This report includes financial activity form the following Debtors and related Case Numbers:

| | |
|---|---|
| Tank Holdings Wind-Down Corp. | 17-11292 |
| Tank Wind-Down Corp. | 17-11293 |
| Power Wind Down Corp. | 17-11294 |

**General Notes**

The financial information included herein, including supplemental information, are preliminary, unaudited, and may not comply in all respects with generally accepted accounting principles of the United States of America ("U.S. GAAP").

The financial information included herein has been derived from the books and records of the respective Debtors. This information, however, has not been subject to certain procedures that would typically be applied to financial information in accordance with U.S. GAAP, and upon application of such procedures, audit or otherwise, the Debtors believe that the financial information herein could be subject to changes, certain of which could be material.

The financial information contained herein is presented on a preliminary and unaudited basis and remains subject to future adjustments.

All financial information contained herein is for the reporting period of December 1, 2018 through December 31, 2018 and has been consolidated for the Debtors' Estate.

As described in the Debtors' *Objection to Motion of CST Industries, Inc. for Entry of an Order (1) Enforcing, Inter Alia, the December 6, 2017 Sale Order and Asset Purchase Agreement; (2) Requiring the Debtors and Their Agents to Deliver to Movant Any and All Purchased Assets in Their Possession, Custody, and/or Control; and (3) Granting Related Relief* filed on August 24, 2018 (Docket No. 1057), the Debtors contend that they are entitled to receive amounts relating to the Debtors' recently expired cash collateralized letters of credit (the "LC Collateral") totaling approximately $500,000-$600,000, less certain fees that may be owed to JPMorgan Chase Bank. CST Industries, Inc., formerly known as CST Acquisition Corp., contends that it purchased the LC Collateral as part of the Debtors' asset sale that closed on December 22, 2017. On September 20, 2018, the Bankruptcy Court held a hearing regarding the dispute but has not yet issued a decision. The Debtors reserve all rights with respect to the LC Collateral.

There are various immaterial variances throughout the report mostly attributed to rounding.

**Notes to MOR-1**
The forecasted or budgeted amounts have been excluded from this report. Only actual activity and actual cumulative case to date balances are reported. Subsequent to the closing of the sale transaction on December 22, 2017, the cash balance of Debtors' Estate was consolidated into one bank account in the name of CST Industries Holdings, Inc. ("Holdings"). A copy of the bank statement is not included as requested and approved by the Office of the United States Trustee.

**Notes to MOR-3**
The balance sheet as of the end of the current reporting period is the consolidated balance sheet for the Debtors' Estate as of December 31, 2018.

The balance sheet as of the Petition Date is based on the Debtors' balance sheet as of May 31, 2017. However, updated information was utilized where easily ascertainable and readily accessible. Accordingly, the estimated balances of (i) cash and cash equivalents; (ii) net accounts receivable; and (iii) accounts payable are stated as of close of business on June 9, 2017.

**Notes to MOR-4**
Post-Petition Taxes:  Subsequent to the closing of the sale transaction on December 22, 2017, the consolidated Debtor's Estate does not have any employees or incur any payroll tax related expenses. Therefore, the summary of all post-petition taxes has been excluded for this reporting period.

Post-Petition Debts: At the end of the current reporting period, the Debtors' Estate did not have any post-petition related accounts payable (accrued professional fees are included in accrued expenses on MOR3 – Month End), therefore the summary of unpaid post-petition debts has been excluded for this reporting period.

**Notes to MOR-5**
In the course of the sale transaction the Debtors' outstanding accounts receivable balances were assumed by the purchaser. The Debtors' Estate does not currently have any accounts receivables, therefore the summary of the accounts receivable reconciliation and aging have been excluded for this reporting period.

**Notes to Debtor Questionnaire**
Responses to the Debtor Questionnaire apply to each Debtor referenced herein.

**In re: Tank Holdings Wind-Down Corp., et al.**  Case No. 17-11292 (BLS)
Reporting Period: December 1, 2018 to December 31, 2018

**SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS**

| | Bank Account Number | Consolidated CURRENT MONTH ACTUAL | Consolidated CUMULATIVE FILING TO DATE ACTUAL | Tank Holdings Wind-Down Corp. Case No. 17-11292 BANK ACCOUNTS UMB # 7660 Monthly Total |
|---|---|---|---|---|
| **CASH BEGINNING OF PERIOD** | | 655,043 | 2,666,970 | 655,043 |
| **RECEIPTS** | | | | |
| ACCOUNTS RECEIVABLE | | - | 88,999,178 | - |
| SECURED DEBT ADVANCE | | - | 14,099,400 | - |
| SALE OF ASSETS | | - | 66,400,000 | - |
| OTHER | | - | 16,646,524 | - |
| **TOTAL RECEIPTS** | | - | 186,145,102 | - |
| **DISBURSEMENTS** | | | | |
| PAYROLL, EXP REIMB, TAXES & RELATED BENEFITS | | - | 29,682,844 | - |
| SALES, USE, & OTHER TAXES | | - | 2,054,898 | - |
| INVENTORY PURCHASES & RELATED EXPENSES | | - | 64,234,901 | - |
| RENTAL/ LEASES | | - | 748,617 | - |
| SECURED DEBT RELATED PAYMENTS | | - | 5,927,732 | - |
| ADMINISTRATIVE | | 21,000 | 4,124,856 | 21,000 |
| SELLING | | - | 2,876,544 | - |
| FOREIGN OPERATIONS | | - | 454,954 | - |
| OTHER | | 40 | 231,073 | 40 |
| ACCRUED ACCOUNTS PAYABLE | | - | 4,209,801 | - |
| PROFESSIONAL FEES | | 9,642 | 9,323,699 | 9,642 |
| U.S. TRUSTEE QUARTERLY FEES | | - | 138,200 | - |
| SUBTOTAL | | 30,682 | 124,008,120 | 30,682 |
| **SALE CLOSING DISBURSEMENTS:** | | | | |
| PAY-OFF DIP & SR. LENDERS | | - | 60,881,592 | - |
| CURE AMOUNTS | | - | 1,653,281 | - |
| TRANSFERS TO/(FROM) NEWCO | | - | 1,496,000 | - |
| SUBTOTAL | | - | 64,030,873 | - |
| **TOTAL DISBURSEMENTS** | | 30,682 | 188,038,993 | 30,682 |
| **TRANSFERS** | | | | |
| TRANSFERS FROM DIP ACCTS | | - | 134,581,219 | - |
| TRANSFERS TO DIP ACCTS | | - | 134,581,219 | - |
| TRANSFERS TO DIP UTILITY ACCT) **A** | | - | 148,718 | - |
| **TOTAL TRANSFERS** | | - | (148,718) | - |
| **NET CASH FLOW** (RECEIPTS LESS DISBURSEMENTS) | | (30,682) | (2,042,609) | (30,682) |
| **CASH - END OF MONTH** | | 624,361 | 624,361 | 624,361 |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE
**A** - The Utility Adequate Assurance account is grouped in the Other Assets category on the balance sheet, and not reported on this schedule.

**THE FOLLOWING SECTION MUST BE COMPLETED**
**DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:**
**(FROM CURRENT MONTH ACTUAL COLUMN)**

| | |
|---|---|
| **TOTAL DISBURSEMENTS** | 30,682 |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | - |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | - |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | 30,682 |

*Page 4 of 12*

FORM MOR-1 (04/07)

**In re:** Tank Holdings Wind-Down Corp., et al.  
**Debtor**

**Case No.** 17-11292 (BLS)  
**Reporting Period:** December 1, 2018 to December 31, 2018

## CASH DISBURSEMENTS

| Check Date | Account | Check # | Payee | Amount |
|---|---|---|---|---|
| 12/3/2018 | Holdings # 7660 | Wire | JRP Management LLC | 8,393.31 |
| 12/4/2018 | Holdings # 7660 | ACH | Account Analysis Service Charge | 40.19 |
| 12/17/2018 | Holdings # 7660 | Wire | Willis of New York, Inc. | 21,000.00 |
| 12/17/2018 | Holdings # 7660 | Wire | Epiq Bankruptcy Solutions | 1,248.80 |
| | | | **Total Holdings # 7660** | **$30,682.30** |

| **In re** | Tank Holdings Wind-Down Corp., et al. | **Case No.** | 17-11292 (BLS) |
|---|---|---|---|
| | **Debtor** | **Reporting Period:** | December 1, 2018 to December 31, 2018 |

## BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page. (Bank account numbers may be redacted to last four numbers.)

| | | Tank Holdings Wind-Down Corp. Holdings Estate's Cash UMB # 7660 |
|---|---|---|
| **BALANCE PER BOOKS** | | $ 624,361 |
| BANK BALANCE | | $ 624,361 |
| (+) RECONCILING ITEMS | | - |
| **ADJUSTED BANK BALANCE *** | | $ 624,361 |

*"Adjusted Bank Balance" must equal "Balance per Books"

**OTHER**

**In re: Tank Holdings Wind-Down Corp., et al.**  Case No. 17-11292 (BLS)
Reporting Period: December 1, 2018
to December 31, 2018

## PAYMENTS TO PROFESSIONALS

| PROFESSIONALS | | |
|---|---|---|
| NAME | AMOUNT PAID - CURRENT MONTH | TOTAL PAID TO DATE |
| Norton Rose Fulbright US LLP | - | 471,430 |
| RPA Advisors, LLC | - | 440,439 |
| Young Conaway Stargatt & Taylor, LLP | - | 198,105 |
| Hughes Hubbard & Reed LLP | - | 3,520,635 |
| Potter Anderson & Corroon LLP | - | 471,825 |
| Lowenstein Sandler | - | 802,740 |
| Michael Best & Friedrich | - | 14,083 |
| Pinsent Masons | - | 6,384 |
| Shaw Fishman Giantz & Towbin | - | 267,984 |
| Husch Blackwell LLP | - | 162,095 |
| Drinker Biddle & Reath LLP | - | 15,977 |
| Mercer (US) Inc. | - | 53,886 |
| CDG Group, LLC | - | 96,445 |
| FTI Consulting | - | 442,031 |
| FTI Consulting (Broker Fee) | - | 879,000 |
| CBIZ MHM, LLC | - | 448,183 |
| Teneo Capital LLC | - | 338,591 |
| SLR International Corp | - | 50,038 |
| Epiq Bankruptcy Solutions | 1,249 | 541,732 |
| JRP Management LLC | 8,393 | 102,098 |
| | | |
| TOTAL PAYMENTS TO PROFESSIONALS | 9,642 | 9,323,699 |

FORM MOR-2
(04/07)

**In re: Tank Holdings Wind-Down Corp., et al.**   Case No. 17-11292 (BLS)
Reporting Period: December 1, 2018 to December 31, 2018

## STATEMENT OF OPERATIONS
(Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| STANDARD GROSS PROFIT | Consolidated Activity at End of the Reporting Period for the Debtors' Estate |
|---|---:|
| Gross Revenues | - |
| Less: Cost of Goods Sold | - |
| Gross Profit | - |
| **SELLING, GENERAL & ADMIN EXPENSES** | |
| Insurance Expense | 21,000 |
| Bank Fees | 40 |
| Other (attach schedule) | - |
| Total Selling, General & Admin Expenses | 21,040 |
| EBITDA | (21,040) |
| Depreciation/Depletion/Amortization | - |
| Net Profit (Loss) Before Other Income & Expenses | (21,040) |
| **OTHER INCOME AND EXPENSES** | |
| Other Income - Misc. Refunds | - |
| Interest Expense | - |
| Net Profit (Loss) Before Reorganization Items | (21,040) |
| **REORGANIZATION ITEMS** | |
| Professional Fees - Restructuring | - |
| Professional Fees - Transactional / Bankruptcy Related | 9,642 |
| Professional Fees - Secured Debt | - |
| U. S. Trustee Quarterly Fees | - |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | - |
| Gain (Loss) from Sale of Equipment | - |
| Other Reorganization Expenses (attach schedule) | - |
| Total Reorganization Expenses | 9,642 |
| Income Taxes | - |
| Net Profit (Loss) | (30,682) |

FORM MOR-2
(04/07)

**In re: Tank Holdings Wind-Down Corp., et al.**  Case No. 17-11292 (BLS)
Reporting Period: December 1, 2018 to December 31, 2018

## CURRENT BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from postpetition obligations.

| ASSETS | Consolidated Book Value at End of the Reporting Period for the Debtors' Estate |
|---|---:|
| **CURRENT ASSETS** | |
| Cash and Cash Equivalents | 624,361 |
| *TOTAL CURRENT ASSETS* | 624,361 |
| **OTHER ASSETS** | |
| Restricted-Adequate Assurance Utility Deposit | 148,718 |
| *TOTAL OTHER ASSETS* | 148,718 |
| **TOTAL ASSETS** | 773,079 |
| **LIABILITIES AND OWNER EQUITY** | |
| *LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)* | |
| **CURRENT LIABILITIES** | |
| Accounts Payable | 429,100 |
| Accrued Expenses | 1,560,944 |
| Accrued Income Taxes | (12,925,237) |
| Accrued Interest | 554,818 |
| *TOTAL CURRENT LIABILITIES* | (10,380,375) |
| **LONG TERM LIABILITIES** | |
| Mezzanine Long Term Debt | 110,035,976 |
| Other Non Current Liabilities (Lease Deposit) | 252,851 |
| Deferred Income Tax Liability | 463,877 |
| *TOTAL LONG TERM LIABILITIES* | 110,752,704 |
| *TOTAL PRE-PETITION LIABILITIES* | 100,372,329 |
| *LIABILITIES NOT SUBJECT TO COMPROMISE (Post-Petition)* | |
| **CURRENT LIABILITIES** | |
| Accounts Payable | - |
| Accrued Expenses | 2,816,654 |
| Accrued Income Taxes | (1,875,230) |
| *TOTAL CURRENT LIABILITIES* | 941,424 |
| **LONG TERM LIABILITIES** | |
| Mezzanine Long Term Debt | 3,216,299 |
| Deferred Income Tax Liability | 9,068,360 |
| *TOTAL LONG TERM LIABILITIES* | 12,284,659 |
| *TOTAL POST-PETITION LIABILITIES* | 13,226,083 |
| *TOTAL LIABILITIES* | 113,598,412 |
| **OWNER EQUITY** | |
| *NET OWNER EQUITY - May 2017* | 154,270,975 |
| *NET OWNER EQUITY - Increase/(Decrease) for Current Period* | (267,096,308) |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | 773,079 |

**In re: Tank Holdings Wind-Down Corp., et al.**

Case No. 17-11292 (BLS)
Reporting Period: December 1, 2018 to December 31, 2018

## PRO-FORMA BALANCE SHEET AT PETITION DATE

The Balance Sheet is to be completed on an accrual basis only.  Pre-petition liabilities must be classified separately from postpetition obligations.

| ASSETS | Book Value at Petition Date Consolidated | Tank Holdings Wind-Down Corp. Case No. 17-11292 (BLS) | Power Wind Down Corp. Case No. 17-11294 (BLS) | Tank Wind-Down Corp. Case No. 17-11293 (BLS) |
|---|---:|---:|---:|---:|
| **CURRENT ASSETS** | | | | |
| Cash and Cash Equivalents - Balance as of COB 6/9/17 (See Notes) | 2,666,970 | 1,272 | 205,548 | 2,460,151 |
| Accounts Receivable (Net) - Balance as of COB 6/9/17 (See Notes) | 30,617,180 | - | - | 30,617,180 |
| Inventories (Net) | 19,778,223 | - | - | 19,778,223 |
| Costs in Excess of Billing (CIEB) | 10,424,709 | - | 11,300 | 10,413,409 |
| Prepaid Expenses | 1,337,564 | - | 8,620 | 1,328,944 |
| Deferred Income Taxes | 286,566 | - | - | 286,566 |
| Other CurrentAssets (attach schedule) | 31,627,683 | - | - | 31,627,683 |
| *TOTAL CURRENT ASSETS* | 96,738,896 | 1,272 | 225,468 | 96,512,156 |
| **PROPERTY AND EQUIPMENT** | | | | |
| Real Property (Land and Buildings) | 21,747,652 | - | - | 21,747,652 |
| Machinery and Equipment | 30,234,210 | - | - | 30,234,210 |
| Furniture, Fixtures and Office Equipment | 6,513,774 | - | - | 6,513,774 |
| Leasehold Improvements | 627,056 | - | - | 627,056 |
| Vehicles | - | - | - | - |
| Less Accumulated Depreciation | 33,254,875 | - | - | 33,254,875 |
| *TOTAL PROPERTY & EQUIPMENT* | 25,867,817 | - | - | 25,867,817 |
| **OTHER ASSETS** | | | | |
| Loans to Insiders* | - | - | - | - |
| Other Assets (attach schedule) | 275,215,847 | 157,718,642 | 1,522,405 | 115,974,800 |
| *TOTAL OTHER ASSETS* | 275,215,847 | 157,718,642 | 1,522,405 | 115,974,800 |
| **TOTAL ASSETS** | 397,822,559 | 157,719,914 | 1,747,873 | 238,354,773 |
| **LIABILITIES AND OWNER EQUITY** | | | | |
| *LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)* | | | | |
| **CURRENT LIABILITIES** | | | | |
| Bank Revolver | 3,000,000 | - | - | 3,000,000 |
| Accounts Payable - Balance as of COB 6/9/17 (See Notes) | 12,187,038 | - | 9,338 | 12,177,700 |
| Accrued Expenses | 64,677,404 | 55,149,159 | 835,944 | 8,692,301 |
| Billings in Excess of Cost (BIEC) | 1,493,625 | - | 340,800 | 1,152,825 |
| Accrued Income Taxes | (12,925,237) | - | - | (12,925,237) |
| Accrued Interest | 3,866,015 | - | - | 3,866,015 |
| Customer Deposits | 12,615,335 | - | - | 12,615,335 |
| Product Warranty and Liability Reserve | 3,745,262 | - | 30,000 | 3,715,262 |
| Current Portion of Long Term Debt | 43,005,581 | - | - | 43,005,581 |
| Payable to CST Industries | 1,509,236 | 1,509,236 | - | - |
| *TOTAL CURRENT LIABILITIES* | 133,174,259 | 56,658,395 | 1,216,082 | 75,299,782 |
| **LONG TERM LIABILITIES** | | | | |
| Senior Long Term Debt | - | - | - | - |
| Mezzanine Long Term Debt | 110,035,976 | - | - | 110,035,976 |
| Other Non Current Liabilities (Lease Deposit) | 252,851 | - | - | 252,851 |
| Deferred Income Tax Liability | 463,877 | - | 358,560 | 105,317 |
| Total Intercompany Balance - Debtor Entity | - | - | (86,098,484) | 86,098,484 |
| Total Intercompany Balance - Non Debtor Entity | 1,007,738 | - | - | 1,007,738 |
| *TOTAL LONG TERM LIABILITIES* | 111,760,442 | - | (85,739,924) | 197,500,366 |
| *TOTAL PRE-PETITION LIABILITIES* | 244,934,701 | 56,658,395 | (84,523,842) | 272,800,148 |
| **OWNER EQUITY** | | | | |
| *NET OWNER EQUITY* | 154,270,975 | 101,061,518 | 86,473,076 | (33,263,619) |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | 399,205,676 | 157,719,913 | 1,949,234 | 239,536,529 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-3
(04/07)

In re: Tank Holdings Wind-Down Corp., et al.  
Case No. 17-11292 (BLS)  
Reporting Period: December 1, 2018 to December 31, 2018

**BALANCE SHEET - continuation sheet**

| Tank Holdings Wind-Down Corp. Case No. 17-11292 (BLS) | | | Power Wind Down Corp. Case No. 17-11294 (BLS) | | | Tank Wind-Down Corp. Case No. 17-11293 (BLS) | | |
|---|---|---|---|---|---|---|---|---|
| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE | ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE | ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
| Other Current Assets | | | Other Current Assets | | | Other Current Assets | | |
| | | | | | | Goodwill | - | 1,155,664 |
| | | | | | | Intangible Assets (Net) | - | 30,472,019 |
| | - | - | | - | - | | - | 31,627,683 |
| Other Assets | | | Other Assets | | | Other Assets | | |
| Investment in CST Industries Inc | - | 157,718,642 | Joint Ventures | - | 769,840 | Long Term Deferred Tax Asset | - | 674,226 |
| | | | Long Term Deferred Tax Asset | - | 752,565 | Investment in CST Power | - | 12,593,047 |
| | | | | | | Investment in Vulcan | - | 1,040,874 |
| | | | | | | Investment in Conservatek | - | 36,050,175 |
| | | | | | | Investment in TEMCOR | - | 62,628,851 |
| | | | | | | Investment in Singapore | - | 7,154 |
| | | | | | | Restricted Cash UMB | - | 199,837 |
| | | | | | | Restricted Cash JP Morgan | - | 589,211 |
| | | | | | | Note Receivable | - | 673,000 |
| | | | | | | I/C Receivable - Holdings | - | 1,518,425 |
| | - | 157,718,642 | | - | 1,522,405 | | - | 115,974,800 |
| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE | LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE | LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
| Other Postpetition Liabilities | | | Other Postpetition Liabilities | | | Other Postpetition Liabilities | | |
| Adjustments to Owner Equity | | | Adjustments to Owner Equity | | | Adjustments to Owner Equity | | |
| Postpetition Contributions (Distributions) (Draws) | | | Postpetition Contributions (Distributions) (Draws) | | | Postpetition Contributions (Distributions) (Draws) | | |

Restricted Cash is cash that is restricted for a specific use and not available to fund operations. Typically, restricted cash is segregated into a separate account, such as an escrow account.

FORM MOR-3 CONT'D  
(04/07)

**In re: Tank Holdings Wind-Down Corp., et al.**   **Case No. 17-11292 (BLS)**
**Reporting Period: December 1, 2018**
**to December 31, 2018**

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | | **A** |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | X | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |

**A** - As the Debtors have disclosed to the Court, the Debtors are in the process of working with their professionals and the purchaser to resolve certain tax matters.