# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re )<br>)<br>TANK HOLDINGS WIND-DOWN )<br>CORP., *et al.*,[1] )<br>)<br>Debtors. ) | Chapter 11<br><br>Case No. 17-11292 (BLS)<br>Jointly Administered |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON MAY 8, 2019 AT 10:30 A.M. (EASTERN) BEFORE THE HONORABLE BRENDAN L. SHANNON, 824 MARKET STREET, COURTROOM 1, 6th FLOOR, WILMINGTON, DELAWARE 19801[2]**

**I.  MATTER GOING FORWARD:**

1.  Final Fee Application of Baker Tilly Virchow Krause, LP, for Tax Services Provider to the Debtors, for Compensation for Services Rendered and Reimbursement of Expenses for the Period of August 9, 2018 Through March 27, 2019 [Filed 4/15/19; D.I. 1089]

    Response Deadline:    May 6, 2019 at 4:00 p.m.

    Related Documents:    None.

    Status:  This matter is going forward.

---

[1]  The Debtors in these bankruptcy cases, along with the last four digits of each Debtor's federal tax identification number are: Tank Holdings Wind-Down Corp. (4872); Tank Wind-Down Corp. (9554); Power Wind Down Corp. (9480). The Debtors' headquarters were located at: 903 E. 104th Street, Suite 900, Kansas City, Missouri 64131.

[2]  Any party participating telephonically must make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946), no later than 12:00 p.m. one business day prior to the hearing.

| | |
|---|---|
| Dated:  May 6, 2019<br>          Wilmington, Delaware | **POTTER ANDERSON & CORROON LLP**<br><br>*/s/ R. Stephen McNeill*<br>Jeremy W. Ryan (DE Bar No. 4057)<br>R. Stephen McNeill (DE Bar No. 5210)<br>D. Ryan Slaugh (DE Bar No. 6325)<br>1313 North Market Street, Sixth Floor<br>Wilmington, Delaware  19801<br>Telephone:  (302) 984-6000<br>Facsimile:  (302) 658-1192<br>Email:  jryan@potteranderson.com<br>            rmcneill@potteranderson.com<br>            rslaugh@potterandercon.com<br><br>   -and-<br><br>**HUGHES HUBBARD & REED LLP**<br>Kathryn A. Coleman, Esq.<br>Christopher Gartman, Esq.<br>One Battery Park Plaza<br>New York, New York 10004-1482<br>Telephone:  (212) 837-6000<br>Facsimile:  (212) 422-4726<br>Email:  katie.coleman@hugheshubbard.com<br>            chris.gartman@hugheshubbard.com<br><br>*Counsel for the Debtors* |